**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 07-6800**

—————

DOUGLAS EMANUEL FOREMAN,

                              Petitioner - Appellant,

        versus

TERRY O'BRIEN, Warden,

                              Respondent - Appellee.

—————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (7:07-cv-00187-jct)

—————

Submitted:  August 23, 2007        Decided:  August 30, 2007

—————

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Douglas Emanuel Foreman, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Emanuel Foreman, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Foreman v. O'Brien</u>, No. 7:07-cv-00187-jct (W.D. Va. May 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>